IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SPEECH TRANSCRIPTON, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**ORACLE CORPORATION,**<br><br>*Defendant*. | **CASE NO 6:23-cv-00377-AM**<br><br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Oracle Corporation ("Oracle") hereby respectfully moves the Court for an order extending by 30 days the time for Oracle to answer, move, or otherwise respond to Plaintiff Speech Transcription, LLC's ("Speech Transcription") Complaint for Patent Infringement (Dkt. 1). Speech Transcription does not oppose this Motion.

Speech Transcription filed its complaint on May 16, 2023. *See* Dkt. No. 1. Oracle's current deadline to answer, move, or otherwise respond to Plaintiff's Complaint is August 8, 2023. Significant progress has been made toward settlement of this dispute and Oracle anticipates that settlement will be finalized, and dismissal can be sought within the next 30 days. Therefore, Oracle seeks to extend the time to respond to the Complaint so it can remain focused on resolving the case through settlement.

Oracle does not make this request for the purpose of delay, but so that justice may be efficiently served. Accordingly, Oracle requests that the Court grant this Motion and extend the deadline for Oracle to answer, move, or otherwise respond to the Complaint up to and including September 7, 2023.

Dated:  August 3, 2023                                          Respectfully submitted,

ACTIVE\1602033321.2

/s/ John M. Guaragna
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

**ATTORNEY FOR DEFENDANT
ORACLE CORPORATION**

## CERTIFICATE OF CONFERENCE

On August 3, 2023 counsel for Defendant Oracle Corporation conferred with counsel for Plaintiff Speech Transcription, LLC regarding the relief sought in this motion. Plaintiff stated it was unopposed to the relief requested by this Motion.

/s/ John M. Guaragna
John M. Guaragna

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 3, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ John M. Guaragna
John M. Guaragna