IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC<br><br>Plaintiff<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. 6:23-cv-00377-AM<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal with prejudice of Oracle Corporation.

Dated: August 23, 2023

Respectfully submitted,

*/s/ René A. Vazquez*
René A. Vazquez
  Virginia Bar No. 41988
rvazquez@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com

**GARTEISER HONEA PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Tel: (888) 908-4400
Fax: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 23rd day of August, 2023.

                                          */s/ René A. Vazquez*
                                          René A. Vazquez